**54**

■

STATE of Missouri, Respondent,

v.

John WATSON, Appellant.

No. ED 82456.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 29, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 10, 2004.

Gwenda R. Robinson, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Shaun J. Mackelprang, Jefferson City,
MO, for respondent.

Before BOOKER T. SHAW, P.J.,
LAWRENCE G. CRAHAN, J., and
PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

John Watson, III (Defendant) was
charged with four counts of statutory sod-
omy and one count of statutory rape. De-
fendant was originally found incompetent
to stand trial and was committed to the St.
Louis Psychiatric Rehabilitation Center
where he attended competency classes.
After thirteen months of treatment, he was
found competent to stand trial. Defendant
was found guilty of one count of the lesser-
included offense of child molestation in the
first degree a violation of RSMo 566.067;
and two counts of statutory sodomy in the
first degree a violation of RSMo 566.062.
He was sentenced to three concurrent
terms of imprisonment of seven years, fif-
teen years and fifteen years respectively.
Defendant appeals both the determination
that he is competent to stand trial and the
convictions.

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. An extended opinion would
be of no precedential value. We have,
however, provided a memorandum opinion
for the use of the parties only setting forth
the reasons for our decision. The judg-
ment is affirmed pursuant to Rule 30.25(b).